**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
nvbk@tblaw.com

Global Lending Services
15-76504

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | No. 15-16198-gwz |
| Rita Cecile Delaney | Chapter 13 |
| Debtor. | Date: December 21, 2015<br>Time: 1:30 p.m. |

### OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN

Comes now Global Lending Services, its successors and/or assigns, a secured creditor and party in interest ("Claimant") and pursuant to 11 U.S.C. §§ 1322 (b)(2), 1324, and 1325 (a)(5) and bankruptcy rule 3015, files its Objection to Confirmation of Debtor's Chapter 13 Plan of Reorganization ("Plan") and in support thereof would respectfully show the Court as follows:

1. Debtor filed a voluntary petition under Chapter 13 of Title 11, United States Bankruptcy Code, on October 30, 2015 ("Petition Date").

2. Claimant is the owner and holder of a Retail Installment Contract ("Contract") in the original principal sum of $27,324.25, dated April 16, 2015 and executed by Rita Cecile Delaney("Debtor") for the purchase of a 2015 Ford Escape-VIN: 1FMCU0G74FU881539 ("Collateral").

A true and correct copy of the Contract and of the Certificate of Title indicating Claimant's perfected lien in the Collateral are attached to Claimant's Proof of Claim.

3.  The total debt due and owing to Claimant as of the Petition Date was $26,731.93 as evidenced by Claimant's Proof of Claim and Debtor remains indebted to Claimant in that amount.

4.  Claimant seeks relief of adequate protection pursuant to 11 U.S.C. §§361 and 1326(a)(1)(c). Claimant alleges that adequate protection should be provided to Claimant as the Collateral continues to decrease and that any continued use of the Collateral should be conditioned upon Debtor providing to Claimant monthly adequate protection payments of 1.25% of the secured claim balance.

5.  In accordance with 11 U.S.C. §1325, if a motor vehicle is purchased for the personal use of a debtor within 910 days preceding the petition date, and is collateral securing a debt that is the subject of a claim, said claim shall not be valued under 11 U.S.C. §506. In this case, the Collateral was purchased for Debtor's personal use on April 16, 2015 subject to a purchase money security interest in favor of Claimant. Therefore, Claimant alleges that its claim be allowed as fully secured for $26,731.93.

6.  Claimant objects to confirmation of the Plan pursuant to 11 U.S.C. §§1325 and 1326(a)(1)(C) because it:

    a.  Understates the value of the Collateral;
    b.  Does not fully provide for Claimant's allowed secured claim at the agreed interest rate contained in the Contract; and
    c.  Does not provide for adequate protection payments as required by 11 U.S.C. §1326 until regular plan payments begin. The rate of the depreciation of the Collateral will exceed the proposed plan payments.

7. Claimant has been forced to file this Objection to Confirmation to protect its interest in the Collateral and has agreed to pay the undersigned counsel reasonable attorney's fees. Claimant requests that Debtor be required to pay such attorney's fees as required by the Contract.

WHEREFORE, PREMISES CONSIDERED, Claimant prays that this Court (1) deny confirmation of the Plan; (2) require Debtor to pay Claimants' reasonable attorney's fees and costs; and (3) grant Claimant such other and further relief, at law and in equity, as is just.

DATED this 19th day of November, 2015.

TIFFANY & BOSCO, P.A.

By_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, NV 89107

**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
nvbk@tblaw.com

Global Lending Services
15-76504

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | No. 15-16198-gwz |
| Rita Cecile Delaney | Chapter 13 |
| Debtors, | Date: : December 21, 2015<br>Time: 1:30 p.m. |

**CERTIFICATE OF MAILING OF OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN**

1. On November 19, 2015, I served the following documents:

   OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN

2. I served the above-named document by the following means to the persons as listed below:

   X   a. ECF System

   Steven A. Alpert
   enotice@pricelawgroup.com
   Attorney for Debtor

   Kathleen A. Leavitt
   courtsecf3@las13.com
   Trustee

X  b. United States mail, postage fully prepaid:

    Rita Cecile Delaney
    7633 Shore Haven Drive
    Las Vegas, NV  89128
    Debtor

**I declare under penalty of perjury the foregoing is true and correct.**

DATED this 19th day of November, 2015.

By: *Laurali Cano*