Honorable Bruce T. Beesley  
United States Bankruptcy Judge

Entered on Docket
February 29, 2016

_____

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV 89101
(702) 853-0700
kal13mail@las13.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

IN RE:
RITA CECILE DELANEY

CHAPTER 13
CASE NO: BKS-15-16198-GWZ

Hearing Date: February 18, 2016
Hearing Time: 1:30 pm

**ORDER CONFIRMING CHAPTER 13 PLAN**

The confirmation of the Debtor's Plan and the allowance of Debtor attorney fees, having come on for hearing before the United States Bankruptcy Court, and there appearing the Chapter 13 Trustee or designee, and with good cause appearing, it is hereby

ORDERED that any Objections to Confirmation have been resolved, and it is further

ORDERED that the Court finds that Debtor(s) have filed all documentation required by 11 U.S.C. § 521(a)(1) and requirements for Confirmation pursuant to 11 U.S.C §1325 have been met; and it is further

ORDERED that the CHAPTER 13 PLAN #2, filed 12/18/2015, Docket #16, is confirmed; it is further

ORDERED that, pursuant to 11 U.S.C. § 330, the fees in the amount of $4,500.00 of which $350.00 was paid to such attorney prior to the filing of the petition and the balance of $4,150.00 which shall be paid by the Trustee pursuant to the Plan, shall be approved.

| | |
|---|---|
| Submitted by: | Approved |
| /s/Kathleen A. Leavitt<br>CHAPTER 13 BANKRUPTCY TRUSTEE | /s/PRICE LAW GROUP APC<br>PRICE LAW GROUP APC<br>420 S Jones Blvd,<br>Las Vegas, NV  89107<br>(702) 794-2008 |

**LR 9021 CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

____ The court has waived the requirement set forth in LR 9021 (b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disproved the order, or failed to respond, as indicated below:

PRICE LAW GROUP APC

Approved: ___X___
Disapproved: _____
Failed to Respond: _____

____ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.